# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:14-00090 (21) |
| Thomas Barnett | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing is scheduled as follows:

| Place: | U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.:649 before Magistrate Judge Knowles |
|---|---|---|
| | | Date and Time: July 28, 2014 at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 23, 2014

_____
*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*